**Exhibit "4"**
**Stipulation of Dismissal**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ET AL.,<br><br>                                **Plaintiffs,**<br><br>-against-<br><br>NYC FAMILY CHEMISTS CORP., ET AL.,<br><br>                                **Defendants.** | **24-cv-6571 (NCM)(PK)**<br><br>STIPULATION AND ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE SOLELY AS TO NYC FAMILY CHEMISTS CORP. AND GEORGIY ISKHAKOV |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel, as follows:

1.       Any and all claims and defenses by and between Allstate Insurance Company, Allstate Fire and Casualty Insurance Company, Allstate Indemnity Company, and Allstate Property and Casualty Insurance Company (collectively "Plaintiffs"), on the one hand, and NYC Family Chemists Corp. and Georgiy Iskhakov ("Defendants"), on the other, are hereby voluntarily dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

2.       Plaintiffs and Defendants shall pay their own costs and attorneys' fees.

3.       This Stipulation and Order of Voluntary Dismissal is solely limited to discontinuing claims by and between the parties hereto.

1

Dated:  New York, New York
        March 13, 2025

**MANNING & KASS, ELLROD, RAMIREZ, TRESTER LLP**

By:_____

    Robert A. Stern, Esq.
    James A. McKenney, Esq.
    Lee Pinzow, Esq.
    100 Wall Street, Suite 700
    New York, New York 10005
    *Counsel for Plaintiffs Allstate Insurance Company,*
    *Allstate Fire and Casualty Insurance Company,*
    *Allstate Indemnity Company and Allstate Property*
    *and Casualty Insurance Company*

**GARY TSIRELMAN, PC**

By:_____/s/ Gary Tsirelman_____

    Gary Tsirelman, Esq.
    129 Livingston Street, 2nd Fl.
    Brooklyn, New York 11201
    *Counsel for NYC Family Chemists Corp.*
    *and Georgiy Iskhakov*